UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-20174-CR-COOKE-(GRAHAM)

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JUDE CLERMONT,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's Motion to Suppress Guns and Statements, (D.E. 18), filed May 18, 2007.

**THE MATTER** was referred to Magistrate Judge Stephen T. Brown United States Magistrate Judge on May 30, 2007. A Report and Recommendation filed on June 6, 2007 recommended that Defendant's Motion to Suppress Guns and Statements be **Denied.** The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Stephen T. Brown, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of June, 2007.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Brown
        Scott M. Edenfield, AUSA
        Miguel Caridad, AFPD
```